# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**          Case No. 3:13-cr-139

    **Plaintiff,**

                                                          District Judge Walter H. Rice

v.

**JONATHAN E. WILLIAMS**

    **Defendant.**

---

**DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE THAT BEGAN JUNE 17, 2016, REVOKING SAME AND IMPOSING SENTENCE TO BE SERVED CONCURRENTLY WITH TWO CONCURRENT TWELVE MONTH SENTENCES IN CASE 2020CR00854 IN THE MONTGOMERY COUNTY COURT OF COMMON PLEAS, WITH RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON STATED CONDITIONS; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; RIGHT OF APPEAL ORALLY EXPLAINED AND UNDERSTOOD; DEFENDANT TO SELF-SURRENDER AT UNITED STATES MARSHAL'S OFFICE BETWEEN 12:00 AND 3:00 P.M. ON TUESDAY, DECEMBER 15, 2020; TEMINATION ENTRY**

---

       On December 14, 2020, having previously been found in violation of his Supervised Release which began June 17, 2016, defendant appeared by video conference for final disposition.

       Pursuant to the record made on the aforesaid December 14, 2020, the defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eighteen (18) months on each of Counts 1 and 2, to be served concurrently with two (2) concurrent twelve (12) month sentences imposed on October 29, 2020 in the Montgomery County Court of Common Pleas in Case Number 2020CR00854. There is an eighteen (18) month period of re-imposed supervised release to follow, on condition that he fulfill any presently undischarged conditions of supervised release originally imposed at sentencing on January 16, 2014, and that he follow any still-undischarged

portions of the Supervision Plan agreed to by and between the defendant, the government and the United States Probation Department, in open Court, on July 22, 2019.

Defendant is to self-surrender to the United States Marshal's Office between 12:00 – 3:00 PM on December 15, 2020.

Neither counsel for the government nor for the defendant had any procedural or substantive objections to this Court's disposition.

Following the above, the defendant was orally explained his right of appeal, and he orally indicated an understanding of same.

TERMINATION ENTRY.

December 14, 2020

*[signature]*
Walter H. Rice
United States District Judge